# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07 B 14149 |
| | ) | Hon. Jack B. Schmetterer |
| BAUSEMAN, FLORETTA | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF MOTION

To:   -Office of the U.S. Trustee (via ECF)

-Tom Vaughn, Chapter 13 Trustee (via ECF)

-Peter L. Berk, Esq. (via ECF)

PLEASE TAKE NOTICE that at **9:30AM on December 12, 2012** or as soon thereafter as the parties may be heard, the undersigned shall appear before the Honorable Jack B. Schmetterer or any Judge sitting in his stead in Courtroom 682 of the Federal Dirksen Building, 219 S. Dearborn, Chicago, IL and then and there present Creditor's Motion for Leave to File a Late Filed Response to the Trustee's Notice of Final Cure Payment, a copy of which (along with this Notice of Motion) has been filed with the court and served upon all counsel and parties of record. This notice and the documents referenced herein will be served on all registered ECF users by operation of the Court's electronic filing system.

Respectfully Submitted,

Morris, Laing, Evans, Brock & Kennedy Chtd.

*/s/ Justin F. Carter*
Justin F. Carter (71650)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
1 E. Wacker Drive
Suite 2500
Chicago, IL 60601
P: 316-383-6492
F: 316-383-6592
jcarter@morrislaing.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Notice of Motion and related documents were served on counsel and parties of record via the Court's ECF system on December 10, 2012.

Respectfully Submitted,

Morris, Laing, Evans, Brock & Kennedy Chtd.

*/s/ Justin F. Carter*
Justin F. Carter (71650)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
1 E. Wacker Drive
Suite 2500
Chicago, IL 60601
P: 316-383-6492
F: 316-383-6592
jcarter@morrislaing.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07 B 14149 |
| | ) | Hon. Jack B. Schmetterer |
| BAUSEMAN, FLORETTA | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE A LATE FILED RESPONSE TO THE TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

COMES NOW, Creditor, Ocwen Loan Servicing, LLC and U.S. Bank, National Association (collectively and hereafter "Creditor"), by and through its attorneys, Morris, Laing, Evans, Brock & Kennedy, Chtd. and for its Motion for Leave to File a Late Filed Response to the Trustee's Notice of Final Cure Payment, states:

1. On October 4, 2012 The Trustee filed its Notice of Final Cure Payment which asked Creditor to file a Statement as a supplement to their Proof of Claim pursuant to Fed.R.Bank.P.3002.1(g) within twenty-one (21) days of service of the Notice.

2. Creditor received the Notice and referred to counsel as soon as they were able to research the status of the loan. Unfortunately, this was referred to counsel after the deadline in the Notice had already expired.

3. On November 20, 2012, Creditor's counsel filed the necessary Statement showing the subject mortgage due for five post-petition mortgage payments.

4. Creditor's counsel filed the Statement to comply with Fed.R.Bank.P.3002.1(g) and to make note that post-petition amounts are outstanding on the loan and the Debtor is not current I compliance with 11 U.S.C. section 1322(b)(5).

5. Fed. R. Bankr. P. 9006(b)(1) states that "when an act is required…to be done at or within a specified period by these rules…, the *court for cause shown may* at any time in its

3

discretion…*on motion* made after the expiration of the specified period *permit the act to be done* where the failure to act was the result of *excusable neglect* (emphasis added).

6. In the present case, Creditor filed its late Response as soon as the loan was analyzed to determine whether any post-petition amounts remained and its related Motion for Leave showing cause for the delay in filing its Response.

7. Creditor has therefore satisfied the requirements of 9006(b)(1) and, pursuant to 9006(b)(1) the Court, "may at any time in its discretion" allow Creditor's late-filed Response.

WHEREFORE, Creditor respectfully requests that the Court grant its Motion for Leave to file a Late Filed Response to the Trustee's Notice of Final Cure Payment.

Respectfully Submitted,

Morris, Laing, Evans, Brock & Kennedy Chtd.

Dated December 10, 2012

*/s/ Justin F. Carter*
Justin F. Carter (71650)
Morris, Laing, Evans, Brock & Kennedy, Chtd.
1 E. Wacker Drive
Suite 2500
Chicago, IL 60601
P: 316-383-6492
F: 316-383-6592
jcarter@morrislaing.com

4