# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 07 B 14149 |
| | ) | Hon. Jack B. Schmetterer |
| BAUSEMAN, FLORETTA | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### RESPONSE TO MOTION FOR SANCTIONS AND TO DETERMINE FINAL CURE PAYMENT

COMES NOW, Creditor, Ocwen Loan Servicing, LLC and U.S. Bank, National Association (collectively and hereafter "Creditor"), by and through its attorneys, Morris, Laing, Evans, Brock & Kennedy, Chtd. and for its Response to Motion for Sanctions and to Determine Final Cure Payment, states:

Creditor was unable to file its Response to Trustee's Notice of Final Cure Payment within the originally specified time, and filed it immediately after finishing its investigation and reconciliation of Debtor's mortgage account.  Additionally, Creditor has filed a Motion for Leave to File a Late Response to Trustee's Notice of Final Cure Payment for the above reasons. The monthly statements from Ocwen that Debtor references in her Motion are the monthly statements which reflect the five regular post-petition payments Debtor still owes as reflected in Creditor's Response to Trustee's Notice of Final Cure Payment.

WHEREFORE, Creditor respectfully requests that the Court deny Debtor's Motion for Sanctions and to Determine Final Cure Payment, and for any other relief as may be proper.

Respectfully Submitted,

Morris, Laing, Evans, Brock & Kennedy Chtd.

Dated December 10, 2012        */s/ Justin F. Carter*
                               Justin F. Carter (71650)
                               Morris, Laing, Evans, Brock & Kennedy, Chtd.

        1 E. Wacker Drive
        Suite 2500
        Chicago, IL 60601
        P: 316-383-6492
        F: 316-383-6592
        jcarter@morrislaing.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the Response to Debtor's Motion for Sanctions and to Determine Final Cure Payment was served on counsel and parties of record via the Court's ECF system on December 10, 2012.

        Respectfully Submitted,

        Morris, Laing, Evans, Brock & Kennedy Chtd.

        */s/ Justin F. Carter*
        Justin F. Carter (71650)
        Morris, Laing, Evans, Brock & Kennedy, Chtd.
        1 E. Wacker Drive
        Suite 2500
        Chicago, IL 60601
        P: 316-383-6492
        F: 316-383-6592
        jcarter@morrislaing.com